March 31, 2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

UNITED STATES OF AMERICA,

                -v-

Kyle Ellison          ,
                      Defendant(s).
-------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEOCONFERENCE**

20 -CR- 350 (LM/S) (__)

Defendant __Kyle Ellison_____ hereby voluntarily consents to participate in the following proceeding via videoconferencing:

___  Initial Appearance/Appointment of Counsel

_X_  Arraignment (If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___  Preliminary Hearing on Felony Complaint

___  Bail/Revocation/Detention Hearing

___  Status and/or Scheduling Conference

___  Misdemeanor Plea/Trial/Sentence

/s/ Kyle Ellison, signed by MJ Smith with permission of the defendant granted at arraignment
Defendant's Signature
(Judge may obtain verbal consent on Record and Sign for Defendant)

**Kyle Ellison**
_____
Print Defendant's Name

/s/ Margaret M. Shalley
_____
Defense Counsel's Signature

**Margaret M. Shalley**
_____
Print Defense Counsel's Name

This proceeding was conducted by reliable videoconferencing technology.

*Lisa Margaret Smith* (signature)

7/28/2020
_____
Date

_____
U.S. District Judge/U.S. Magistrate Judge