UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
UNITED STATES OF AMERICA,

v.

KYLE ELLISON,
               Defendant.
--------------------------------------------------------------x

**ORDER**

20 CR 350 (VB)

       A status conference in this matter is scheduled for October 16, 2020, at 3:00 p.m. Because of the current public health emergency, the Court will conduct the conference by telephone conference call, provided that defendant waives his right to be physically present and consents to appear by telephone after consultation with counsel.

       Accordingly, it is hereby ORDERED:

       1. By October 2, 2020, defense counsel shall advise the Court in writing as to whether defendant waives his right to be physically present and consents to appear by telephone.

       2. At the time of the scheduled hearing, counsel and defendant shall attend by calling the following number and entering the access code when requested:

       **Dial-In Number**:   **(888) 363-4749 (toll free) <u>or</u> (215) 446-3662**
       **Access Code:**       **1703567**

Dated: August 12, 2020
       White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge