March 31, 2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

UNITED STATES OF AMERICA,

    -v-

Kyle Ellison ,
                Defendant(s).
-----------------------------------------------------------------X

CONSENT TO PROCEED BY
~~VIDEOCONFERENCE~~ TELECONFERENCE

20 -CR- 350 ( VB) ( )

Defendant Kyle Ellison hereby voluntarily consents to participate in the following proceeding via ~~videoconferencing:~~ teleconferencing.

___ Initial Appearance/Appointment of Counsel

___ Arraignment (If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___ Preliminary Hearing on Felony Complaint

___ Bail/Revocation/Detention Hearing

_X_ Status and/or Scheduling Conference

___ Misdemeanor Plea/Trial/Sentence

Kyle Ellison (by VB)
Defendant's Signature
(Judge may obtain verbal consent on Record and Sign for Defendant)

**Kyle Ellison**
Print Defendant's Name

/s/ Margaret M. Shalley
Defense Counsel's Signature

**Margaret M. Shalley**
Print Defense Counsel's Name

This proceeding was conducted by reliable videoconferencing technology.

10/16/20
Date

[signature]
U.S. District Judge/~~U.S. Magistrate Judge~~