UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

__USA__,
              Plaintiff(s),

v.

__Kyle Ellison__,
              Defendant(s).
-----------------------------------------------------------x

**CALENDAR NOTICE**

__20 CR 350__ (VB)

1/8/21

     **PLEASE TAKE NOTICE** that the above-captioned case has been ~~scheduled~~/ re-scheduled for:

\_\_\_ Status conference      \_\_\_ Final pretrial conference

\_\_\_ Telephone conference      \_\_\_ Jury selection and trial

\_\_\_ Pre-motion conference      \_\_\_ Bench trial

\_\_\_ Settlement conference      \_\_\_ Suppression hearing

\_\_\_ Oral argument      \_\_\_ Plea hearing

\_\_\_ Bench ruling on motion      ✓ Sentencing

on __4-16-__, 20__21__, at __3:00 pm__, in Courtroom 620, United States Courthouse, 300 Quarropas Street, White Plains, NY 10601. Adjourned from __2/18/21__

     **All requests for adjournments or extensions of time must be in writing and filed on ECF as letter-motions**, in accordance with paragraph 1(F) of the Court's Individual Practices. Absent special circumstances, such requests shall be made at least two business days prior to the scheduled appearance.

Dated: __1-8-__, 20__21__
White Plains, NY

SO ORDERED:

_/s/ VB_

Vincent L. Briccetti
United States District Judge