UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
UNITED STATES OF AMERICA,

v.

KYLE ELLISON,
                           Defendant.
--------------------------------------------------------------x

**ORDER**

20 CR 350 (VB)

       By letter dated January 11, 2022, the government opposed defendant Ellison's motion for a reduction of sentence. In the letter, the government referenced Ellison's BOP medical records and said it would provide the records to the Court under seal if requested.

       The government is directed to provide Ellison's BOP medical records to the Court by no later than January 19, 2022, and provide a copy to defendant.

       Chambers will mail a copy of this Order to defendant at the following address:

Kyle Ellison
Reg. No. 88432-054
FCI Fort Dix
Federal Correctional Institution
P.O. Box 2000
Joint Base MDL, NJ 08640

Dated: January 12, 2022
       White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge